### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| **LYNN TALBOT and STEPHANIE LAITE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Docket No. 2:25-cv-331-KFW** |
| **KNOX COUNTY BOARD OF COMM'RS.** | ) | |
| **and KNOX COUNTY DISTRICT** | ) | |
| **ATTORNEY'S OFFICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ANSWER AND AFFIRMATIVE DEFENSES OF KNOX COUNTY BOARD OF COMMISSIONERS

The Defendant, Knox County Board of Commissioners, submits the following affirmative defenses and answer to the Plaintiffs' Complaint.

### <u>AFFIRMATIVE DEFENSES</u>

A.      The Plaintiffs have failed to state a claim upon which relief can be granted.

B.      The Plaintiffs' damages, if any, were directly and proximately caused by the acts or omissions of individuals or entities other than the Defendant.

C.      The Plaintiffs' damages, if any, were directly and proximately cause by a legal sufficient superseding/intervening cause.

D.      The Plaintiffs have failed to mitigate their damages as required by law.

E.      The Plaintiffs' recoverable damages, if any, are capped or limited by 5 M.R.S. § 4613, or any other applicable federal or state statutory limitations on damages.

F.      The Plaintiffs have failed to exhaust all administrative remedies.

## ANSWER

### Summary of Plaintiff's Action

1.      The Defendant denies the allegations contained in this Paragraph of the Complaint.

2.      The Defendant admits that the Plaintiffs filed a joint complaint with the Maine Human Rights Commission in late 2024. The Defendant denies the remaining claims in this Paragraph of the Complaint.

3.      The Defendant denies the allegations contained in this Paragraph of the Complaint.

4.      The allegation contained in this Paragraph of the Complaint does not require a response. To the extent that a response is required, the Defendant denies the allegation.

### Parties

5.      The Defendant admits the allegation contained in this Paragraph of the Complaint.

6.      The Defendant admits the allegation contained in this Paragraph of the Complaint.

7.      The Defendant admits the allegation contained in this Paragraph of the Complaint.

8.      The Defendant admits the allegation contained in this Paragraph of the Complaint.

9.      The allegation contained in this Paragraph of the Complaint does not require a response. To the extent that a response is required, the Defendant admits the allegation.

### Jury Trial Demand

10.      The allegation contained in this Paragraph of the Complaint does not require a response. To the extent that a response is required, the Defendant admits that the Plaintiffs have requested a jury trial under F.R.Civ.P. 38(b).

### Jurisdiction and Venue

11.      The Defendant admits the allegation contained in this Paragraph of the Complaint.

12.     The Defendant admits that venue is proper in the District of Maine under 28  U.S.C.

§ 1391 and Local Rule 3(h).

## Factual Allegations

13.     The Defendant is without sufficient knowledge or information so as to form a belief

as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies

the same.

14.     The Defendant is without sufficient knowledge or information so as to form a belief

as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies

the same.

15.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

16.     The Defendant is without sufficient knowledge or information so as to form a belief

as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies

the same.

17.     The Defendant is without sufficient knowledge or information so as to form a belief

as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies

the same.

18.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

19.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

20.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

21.     The Defendant is without sufficient knowledge or information so as to form a belief

as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies

the same.

22.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

23.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

24.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

25.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

26.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

27.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

28.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

29.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

30.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

31.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

## Administrative Exhaustion

32.     The Defendant admits that the Plaintiffs filed a complaint with the Maine Human Rights Commission in late 2024. The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this Paragraph of the Complaint and therefore denies the same.

33.     The Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint and therefore denies the same.

34.     This Paragraph states a legal conclusion for which no response is required. To the extent that a response is required, the Defendant denies the allegations.

35.     This Paragraph states a legal conclusion for which no response is required. To the extent that a response is required, the Defendant denies the allegations.

## Legal Claims

### Count I
### (Denial of Equal Pay/29 U.S.C. § 206(d)(1))

36.     The Defendant repeats and references its answers to all previous paragraphs.

37.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

38.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

**Count II**
**(Denial of Equal Pay/26 M.R.S. §§ 628, 626-A)**

39.     The Defendant repeats and references its answers to all previous paragraphs.

40.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

41.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

**Count III**
**(Title VII Violation/42 U.S.C. § 2000e-2(a)(1))**

42.     The Defendant repeats and references its answers to all previous paragraphs.

43.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

44.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

**Count IV**

**(MHRA Violation/5 M.R.S. §§ 4553(2), 4572)**

45.     The Defendant repeats and references its answers to all previous paragraphs.

46.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

47.     The Defendant denies the allegations contained in this Paragraph of the Complaint.

**<u>Demand for Jury Trial</u>**

The Defendant demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure as to all issues or claims for which a jury trial is allowed.

**<u>Conclusion</u>**

Based upon the answers and affirmative defenses stated above, the Defendant requests judgment in its favor against the Plaintiffs on each and every county of the Plaintiffs' Complaint, plus costs, interest, and attorney's fees.

Dated: July 21, 2025                    /s/ Michael Lichtenstein
                                        Michael D. Lichtenstein, Esq.

                                        /s/ Peter Marchesi
                                        Peter T. Marchesi, Esq.

                                        Wheeler & Arey, P.A.
                                        Attorneys for Defendant Knox County
                                        Commissioners
                                        27 Temple Street
                                        Waterville, ME 04901
                                        mlichtenstein@wheelerlegal.com
                                        peter@wheelerlegal.com